UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEFFREY BRILL,<br><br>             Plaintiff,<br><br>     vs.<br><br>TRANS UNION LLC,<br><br>             Defendant. | CASE NO. 3:15-cv-00300-slc<br><br>Magistrate Judge Stephen L. Crocker |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Jeffrey Brill, the plaintiff herein, by his attorney Joel Winnig, appeals to the United States Court of Appeals for the Seventh Circuit from judgment dated December 16, 2015 entered in favor of defendant Trans Union LLC, which judgment granted defendant's motion to dismiss and closed the case. The judgment was based on an order granting defendant's motion to dismiss dated December 16, 2015. The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| *Trans Union, LLC, Defendant* | *Jeffrey Brill, Plaintiff* |
| Scott E. Brady<br>William R. Brown, Esq.<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  317-363-2400<br>Fax:  317-363-2257<br>E-Mail:  wbrown@schuckitlaw.com | Joel Winnig<br><br>State Bar No. 1018627<br>414 D'Onofrio Drive, Suite 120<br>Madison, WI 53719<br>Telephone: 608-829-2888<br>Fax:  608-829-2802<br>E-Mail: joel@joelwinnig.com |
| *Counsel for Defendant, Trans Union, LLC* | *Counsel for Plaintiff* |

Respectfully submitted,

Date: 1.14.2016 /*s/*
Joel Winnig,
Attorney for Plaintiff
State Bar No. 1018627
414 D'Onofrio Drive, Suite 120
Madison, WI 53719
Telephone: 608-829-2888
Fax: 608-829-2802
E-Mail: joel@joelwinnig.com